(INND Rev. 8/16)                                                                    page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*[Use this form to sue for employment discrimination. NEATLY print in ink (or type) your answer.]*

**FILED**

MAR 0 8 2017

At _____
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

_De Cu Graham_

[*You are the* **PLAINTIFF**, *print your full name on this line.*]

v.

_Ill Health Goshen_

[*The* **DEFENDANT** *is who you are suing.*]

Case Number __3:17CV205__

[*For a new case in this court, leave blank.*
*The court will assign a case number.*]

[*The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is* **VERY IMPORTANT** *that you include it on* **everything** *you send to the court for this case.* **DO NOT** *send more than one copy of anything to the court.*]

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. My address is: _1513 Flag Bail ion._
   _Elkhart, In. 46514_

2. My telephone number is: (_317_) _771-1063_

3. The Defendant's address is: _200 High Park Ave_
   _Goshen, In. 46526_

4. This action is brought for employment discrimination pursuant to:

   ⬤ Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17.
      [*race, color, gender, religion, national origin*]

   ◯ Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 to 634.

   ◯ Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12112 to 12117.

   ◯ Other: _____

5. I filed a charge of discrimination with the Equal Employment Opportunity Commission or the
   Indiana Civil Rights Commission on: _11/26/2016_

6. The date on my Notice of Right to Sue letter is: _December 8, 2016_

7. The date I received my Notice of Right to Sue letter was: _12/11/2016_

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

(INND Rev. 8/16)                                                                                     page 2

## CLAIMS and FACTS

DO: Write a short and plain statement using simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how the defendant discriminated against you.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Please see my Cause of action with supporting facts letter

Thank you

Sue Ann Graham

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

| # Defendant's Name | Job Title/Government Agency | Work Address |
|---|---|---|
| 1. I U Goshen Health | Hospital | 200 High Park Ave. Goshen, In. 46526 |

# II. CAUSE(S) OF ACTION WITH SUPPORTING FACTS

Write why you are suing each defendant. Write who, what, when, where, and how you believe your rights were violated. It is **VERY IMPORTANT** that you use each defendant's name in describing what happened to you. If you do not write what each defendant did, the court will not know why you are suing and that defendant will be dismissed.

Explain what constitutional or federal law right, privilege or immunity each defendant violated. Do not cite or quote cases or statutes. If you want to make legal arguments or citations, you must file a separate, memorandum of law. Do not attach it to this complaint.

Write a new paragraph for each violation. Name each defendant involved in that violation,

**Number your paragraphs.**

1. Re: DeAnn G. Graham VS. I U Health Goshen

The purpose of this letter is to file my Cause of Action against I U Health Goshen. I lost my job due to discrimination and retaliation. I was denied a day shift position due to discrimination and retaliation. On June 6, 2015 I asked Melody Ernsberger, the Director of Imaging Department, for the Imaging Assistant position on the day shift. I repeatedly contacted her about the position. I continuously emailed, telephoned, and went to her in person about getting the day shift position to no avail. I was repeatedly told by Melody Ernsberger there was no day shift hours available all the month of June and the first week of July 2015. But on July 14, 2015 Melody Ernsberger hired two Caucasian women Amy Heppner and Karyssa Brewer. I was deliberately overlooked for a position on day shift that was given to two Caucasian women. I was the only Africa American in the Imaging Department, I had the seniority, time, experience, and I was more qualified than Amy and Karyssa but they were promoted over me to the day shift position. I was unfairly treated, at I U Health Goshen. After not getting any place with her I follow the chain of command first to Mark Podgorski; Vice President Hospital Operations, Anne Fetter; Director, Human Resources and Alan Weldy; General Counsel, Vice President of Human Resources went to Goshen Hospital, the

position was available for me to transfer to; they just blocked me from having it. I U Health Goshen was bias against me from the very beginning but it got worst after I filed for a complaint with the EEOC. I was retaliated and discriminated against by the administration.

Laura Dudek came to me in June of 2015 and told me that her day shift hours were available that she was going to evenings from 5PM to 10:30PM that she would be only working about 16 hours. Laura said that she was go to start college for MRI and let Melody know that you will transfer to day shift, that she knew I wanted to get off power weekends and evenings on Tuesday. I went to talk Melody right then. I U Health Goshen stated I only worked on Saturday and Sunday when I was terminated that is also not true. Its emails marked colleague updated and colleague information to shows my day I worked were Tuesday evenings, Wednesday evenings, from 4:30Pm to 10:30PM Saturday and Sunday 12 hours from 9AM to 9:30PM. On November 4, 2016 after I U Health Goshen administration refused to overturn the decision for me to rightfully have the day shift position.

I U Health Goshen stated that I never applied for another position. They deliberately prevented me from receiving fairness. I was led to believe that by working power weekends 12 hours a day I would work 24 hours and be paid for 36 hours, I soon learned that I wound not be compensated as all the others employees were. I also learned I would not be receiving my raise due to me. I was not allowed to complete my required class because my supervisor refused to schedule me so I could complete them.

I U Health Goshen, caused of all the perfidy and bias. I was denied to transfer to day shift to another position I was blocked. In an email called RE: Hours to Mark Podgorski this is Melody's boss it clearly states that Mel's impression was that hours available did not meet your preferred work time. They knew that was deliberately fabricated, and an untruth, because that proved I clearly asked for the day shift position. I could have work from 8 a.m. to 4:30 p.m. and put my children in before and after school care. I U Health Goshen forced me out of my job by obvious discrimination and retaliation. I was denied a day shift position due to obvious discrimination and retaliation not because I couldn't work the day shift hours but because I was African american. I did everything I knew to do to go on day shift.

I U Health Goshen stated I called on Friday it was over 24 hours' notice of time that we had to call, if you could not come in. On November 14 &15, 2015 I had two things going on in my family. My daughter Imani is National Honor Society student and she had her first drama play on Friday that I could not miss and my other daughter Indigo was missing. I had a family emergency my daughter Indigo did not come home from school on that Friday. My daughter had been upset with me because I constantly work every weekend for 12 hours and every Tuesday and Wednesday evenings and they had to miss out on a lot of things because it. They were home at night by themselves and they hated it because she was a senior and had to watch her sisters and not go out for sport and be with friend it was hurting her. She just didn't have the ability to navigated in this difficult time. I'm a mother raising kids in a single house hold, it is not easy. My family was in a crisis, because my family did have a clue where she was and that's was why I called off work in the Imaging Department. It was a very difficult time where I need a little support. Melody knew what was going on I had told her. They couldn't have cared less about me or my daughter.

I U Health Goshen individuals are not supportive and didn't have my best interest at heart. They didn't listen to me, in this critical time. The heartless just made me feel drained and depleted. In other words, they make you feel worse. That was why I was trying to get on day shift so bad but, they blocked me from it.

They deliberately fabricated, an untruth that I called off to go on a plane trip. I was not even getting 32 hours they had reduced because they denied me the day shift. I had no money to buy a plane ticket. I was forced out of my job and fired, so there was no way I could even afford a plane ticket. We can call all the Airlines and it will be confirmed that I did not pay a plane ticket. So, that was just another deceptive untruth they told on me.

Alaska Airlines
Allegiant Air
American Airlines
Delta Air Lines
Frontier Airlines
Hawaiian Airlines
JetBlue Airways
Southwest Airlines

<u>Spirit Airlines</u>
<u>Sun Country Airlines</u>
<u>United Airlines</u>
<u>Virgin America</u>

I got in trouble and wrote up, due to blatant discrimination and retaliation. I had a family emergency and it was out of my control, but the double standard Carissa on November the 7, 2016 called off part of her shift. Carissa called up to the job to find out if we were busy or not.  They told Carissa we are very slow so she could stay at home and watch movies and eat and play games with her family. My family emergency my daughter was missing and it was an emergency and I got wrote up for it just double standards and retaliation against me the entire time. Carissa comes in late to stay at home with her family and there was no consequence to it.

Carissa called in late to stay at home with her family and no consequences yet again they are all Caucasian women they get special privileges. I flexed down because I was told to by Melody and still get in trouble.  We are allowed to Flex Down in the system when we're not busy and the 7 of November 2015 we were not busy, just like they told Carissa but I got wrote up and no consequences to Carissa. Double standard, discrimination, and retaliation against me and fired that because I'm black.

 I gave a 110% every day that I worked not one time did a patient every file a complaint against me. I know how to show compassion and empathy for others while they are going thought a difficult time as while as go over and above my job duties to help others I am a team player, blatant discrimination blatant racism.


Due blatant discrimination and retaliation. I called Melody and Anne Fetter on Wednesday the 25, 2015 just to let them know, I was resigning from that weekend shift only. When I got to work, they called me into the office. They told me, that my Wednesday service with I U Health Goshen was no longer needed I was terminated from my Wednesday shift in the Imaging Department. If I was not going to work weekends, I no longer had a job.

I've been forced to work that weekend shift for over 5 months after I applied for a day and evening shift. I'm not paid power weekend and my family is no less important than anybody else. I waited my time to get on another shift and I was

blocked deliberately from being allowed to go to day shift and evening. I had the time the seniority and experience over two Caucasian women who didn't have any of the time and they were promoted to day shift over me who had worked in the department for 9 months. Amy and Karyass had not worked even one day but received a day shift over me.

(INND Rev. 8/16)                                                                page 3

RELIEF – If you win this case, what do you want the court to order the defendant to do?

*Please pay me / lost income*

DOCUMENTS – I have attached a copy of the following documents:

● Charge Of Discrimination form filed with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission

● Notice of Right to Sue letter

○ Other: _____

_____

FILING FEE – Are you paying the filing fee?

○ Yes, I am paying the $400.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]

● No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

_____ I will keep a copy of this complaint for my records.

_____ I will promptly notify the court of any change of address.

_____ I declare **under penalty of perjury** that the statements in this complaint are true.

_____        3/8/17
Signature                                                          Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]